

# Fourth Court of Appeals
## San Antonio, Texas

August 6, 2020

No. 04-20-00309-CV

**PLANET HOME LENDING, LLC,**
Appellant

v.

Ronnie **NUNN**, individually and as the trustee for the 9707 Discovery Land Trust,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-22807
Honorable Martha Tanner, Judge Presiding

# O R D E R

Appellant has filed an unopposed motion asking this court to refer this case to mediation and stay this appeal pending mediation. The motion is GRANTED. All appellate deadlines in this appeal are abated for a period of sixty (60) days from the date of this order. Appellant is ORDERED to (1) notify the court of the mediator selected by the parties on or before **August 28, 2020**; and (2) notify the court of the results of the mediation on or before **October 6, 2020**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of August, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court